Certificate Number: 11760-PAE-DE-033069612

Bankruptcy Case Number: 19-13029



11760-PAE-DE-033069612

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 7, 2019</u>, at <u>9:53</u> o'clock <u>AM PDT</u>, <u>Thomas Davies</u> completed a course on personal financial management given <u>by internet</u> by <u>123 Debtor.com, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>July 7, 2019</u>

By: <u>/s/Jennifer L Walter</u>

Name: <u>Jennifer L Walter</u>

Title: <u>Teacher</u>