UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Thomas H. Davies, Jr.
        Bankruptcy No. 19-123119-13029MDC
        Adversary No.
        Chapter        7

                                        Date:   July 10,2019

To:          Rebecca Solarz, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Motion to Motion for Relief From the Automatic Stay

The above pleading was filed in this office on **July 9, 2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

| | |
|---|---|
| () | Debtor's name does not match case number listed |
| () | Debtor's name and case number are missing |
| () | Wrong PDF document attached |
| () | PDF document  not legible |
| () | Notice of Motion/Objection |
| () | Electronic Signature missing |
| (x) | Other: INCORRECT COURT ROOM |

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                        Timothy B. McGrath
                                        Clerk


                                        By:  **Paul A.  Puskar**
                                        Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04