## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Thomas H. Davies Jr | CHAPTER 7 |
| Debtor(s) | |
| Bayview Loan Servicing, LLC as servicer for The Bank of New York Mellon FKA The Bank of New York, as Trustee (CWALT 2004-24CB) | NO. 19-13029 MDC |
| Movant | |
| vs. | |
| Thomas H. Davies Jr | 11 U.S.C. Section 362 |
| Debtor(s) | |
| Lynn E. Feldman Esq. | |
| Trustee | |

### ORDER

AND NOW, this *31st* day of *July*, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 310 Monaco Lane, Blandon, PA 19510 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

Thomas H. Davies Jr
310 Monaco Lane
Blandon, PA 19510

George M. Lutz, Hartman, Valeriano, Magovern & Lutz, PC
1025 Berkshire Blvd, Suite 700, P.O. Box 5828
Wyomissing, PA 19610

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532